IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD PATTON**            **PLAINTIFF**

v.            **CAUSE NO. 1:15CV355-LG-RHW**

**J & K LOGGING, LLC**            **DEFENDANT**

## FINAL JUDGMENT

Having disposed of all remaining claims pending before this Court, and in accordance with the Memorandum Opinion and Order Granting Summary Judgment entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant J & K Logging, LLC and against Plaintiff Donald Patton.  This action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of November, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE